# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LATISHA BROWN,**

**Plaintiff,**

-vs-                                           **Case No.  6:08-cv-528-Orl-28KRS**

**M/I HOMES OF ORLANDO, LLC,**

**Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion to Approve FLSA Settlement and For Dismissal with Prejudice (Doc. No. 16) filed September 26, 2008.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed October 28, 2008 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Motion to Approve FLSA Settlement and For Dismissal with Prejudice (Doc. No. 16) is **GRANTED**.

3.      The collective allegations of the Complaint are dismissed.

4.      The amount to be received by Plaintiff Brown under the terms of the settlement agreement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

5.      This case is dismissed as to Plaintiff Brown with prejudice without reserving jurisdiction to enforce the settlement agreement.

6.      **Plaintiff and Plaintiff's counsel are ordered to show cause why they should not be sanctioned for failing to conduct a reasonable inquiry of the facts as required by Fed. R. Civ. P. 11 before submitting sworn answers to interrogatories to the Court.  An Order to Show Cause hearing will be held on Thursday, December 18, 2008 at 1:30 p.m. before the Honorable John Antoon II in Courtroom 6B.**

6.      The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2 5___ day of November, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party